

FILED
CLERK, U.S. DISTRICT COURT

MAR 13 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Shahram Shayesteh<br>DEFENDANT(S). | CASE NUMBER<br>14-MJ-525<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _March 19_, _2014_, at _10:00_ ☑a.m. / ☐p.m. before the Honorable _Eick_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _3/13/14_

_____
U.S. District Judge/Magistrate Judge